

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| THOMAS ARRINGTON,<br><br>Petitioner,<br><br>v.<br><br>ROBERT J. HERNANDEZ, Warden,<br><br>Respondent. | NO. CV 08-2734-VBF (AGR)<br><br>JUDGMENT |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: August 1, 2008

VALERIE BAKER FAIRBANK
United States District Judge